# AFFIDAVIT OF PUBLICATION

**SARASOTA HERALD-TRIBUNE**
**PUBLISHED DAILY**
**SARASOTA, SARASOTA COUNTY, FLORIDA**

STATE OF FLORIDA
COUNTY OF SARASOTA

BEFORE THE UNDERSIGNED AUTHORITY PERSONALLY APPEARED JM MITCHELL, WHO ON OATH SAID SHE IS DIRECTOR OF ADVERTISING FOR THE SARASOTA HERALD-TRIBUNE, A DAILY NEWSPAPER PUBLISHED AT SARASOTA, IN SARASOTA COUNTY FLORIDA; AND CIRCULATED IN SARASOTA COUNTY DAILY; THAT THE ATTACHED COPY OF ADVERTISEMENT BEING A NOTICE IN THE MATTER OF:

Legal description documented below:

IN THE ISSUES OF:   COURT WAS PUBLISHED IN THE SARASOTA EDITION OF SAID NEWSPAPER IN THE

*10/18 1x, s10/25 1x, s11/1 1x, s11/8 1x*

AFFIANT FURTHER SAYS THAT THE SAID SARASOTA HERALD-TRIBUNE IS A NEWSPAPER PUBLISHED AT SARASOTA, IN SAID SARASOTA COUNTY, FLORIDA, AND THAT THE SAID NEWSPAPER HAS THERETOFORE BEEN CONTINUOUSLY PUBLISHED IN SAID SARASOTA COUNTY, FLORIDA, EACH DAY, AND HAS BEEN ENTERED AS SECOND CLASS MAIL MATTER AT THE POST OFFICE IN SARASOTA, IN SAID SARASOTA COUNTY, FLORIDA, FOR A PERIOD OF ONE YEAR NEXT PRECEDING THE FIRST PUBLICATION OF THE ATTACHED COPY OF ADVERTISEMENT; AND AFFIANT FURTHER SAYS THAT SHE HAS NEITHER PAID NOR PROMISED ANY PERSON, FIRM OR CORPORATION ANY DISCOUNT, REBATE, COMMISSION OR REFUND FOR THE PURPOSE OF SECURING THIS ADVERTISEMENT FOR PUBLICATION IN THE SAID NEWSPAPER.

SIGNED _____jmmitchell_____

SWORN OR AFFIRMED TO, AND SUBSCRIBED BEFORE ME THIS 8 DAY OF November, A.D., 20 19
BY JM MITCHELL WHO IS PERSONALLY KNOWN TO ME.

_____
Notary Public



SHARON E TURNER
Notary Public - State of Florida
Commission # GG 068983
My Comm. Expires Apr 16, 2021
Bonded through National Notary Assn.

**IN THE UNITED STATES
DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA
IN ADMIRALTY
CASE NO.: 8:19-cv-02472-JSM-TGW**

IN THE MATTER OF:
The Complaint of Freedom Boat Club, LLC, as Owner of the M/V Mama's Buoy, a 2017 GDY Pontoon Vessel, bearing HIN GDY41596E717, its engines, tackle, appurtenances, etc., PETITIONER, in a cause for Exoneration from or Limitation of Liability.

**NOTICE OF MONITION**

Notice is hereby given that a Petition has been timely filed in the United States District Court for the Middle District of Florida, Freedom Boat Club, LLC, as Owner of the Vessel M/V Mama's Boy, a 2017 GDY Pontoon, HIN: GDY41596E717 ("Owner"), its engines, tackle, appurtenances, etc. ("Vessel"), pursuant to 46 U.S.C §30501 et seq., and Supplemental Rule (F) of the Federal Rules of Civil Procedure and the statutes supplemental thereto and amendatory thereof, seeking exoneration from or limitation of, any liability concerning any and all personal injury, property damage, destruction or other losses occasioned by or arising out of the marine casualty occurring on or about October 5, 2018 as more fully described in the Petition.

All persons and entities having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court and to serve copies thereof on Plaintiff's Attorneys, David N. Gambach, Esq., and Evan S. Gutwein, Esq. of Hamilton, Miller & Birthisel, LLP., 150 Southeast Second Avenue, Suite 1200, Miami, FL 33131 on or before December 13, 2019.

If any claimant desires to contest the right to exoneration from or limitation of liability, he or she shall file and served on counsel for the Petitioner an answer to the Verified Petition on or before the aforesaid date unless his or her claim has included an answer, or be defaulted.

Dated this 16th day of October, 2019
Dawn Saucier, Deputy Clerk
CLERK, United States District Court for the Middle District of Florida
Pub Date: Oct. 18, 25; Nov. 1 & 8, 2019